# EXHIBIT A

# CONTRACT OF EMPLOYMENT

## AN AGREEMENT

Made this 18th Day of May, in the year of our lord two thousand and four between **JANE NGINERIWA KAMBALAME** (hereinafter called the *Employer)* and **FAINESS BERTHA LIPENGA**, (hereinafter called the *Employee)*.

WHEREBY BOTH PARTIES HEREBY NOW AGREE AS FOLLOWS:

1. That the *Employer* will remunerate the *Employee* a monthly salary of US$980.00 while in the USA.
2. That the *Employee* will work for 35 hours per week and will be entitled to receive overtime pay for US$6.71 each hour worked beyond the weekly agreed hours.
3. That the *Employee* will be required to take care of the *Employer's* child, iron clothes, prepare meals, and clean the residence of the *Employer*.
4. That the *Employer* will be responsible for the *Employee's* medical expenses. The *Employee* shall be entitled to paid sick leave and paid holidays for 2 weeks a year.
5. That the *Employee* will receive two days off each week and may leave the residence during her free time.
6. That the *Employee's* Passport and Immigration documents, personal property will always remain with her and will not be withheld.
7. That the *Employee* will not be allowed to work for anyone else other than the *Employer* while in the USA.
8. That the *Employer* will be responsible for the *Employee's* transportation to and from the USA
9. That the *Employee* will reside in the residence of the *Employer* at no cost and, utility expenses and food will also be free for the *Employee*.

***WHEREUPON IT IS NOW AFFIXED BELOW IN AGREEMENT:***

Jane N. Kambalame           Fainess Bertha Lipenga

*(signed) Kambalame*        *(signed) Lipenga*